# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV374 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| $93,120.00 IN UNITED STATES CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Glenn A. Shapiro to withdraw as counsel for Claimant, Michael J. Fox (Mr. Fox) (Filing No. 12).  In his motion, Mr. Shapiro represents that Mr. Fox has informed Mr. Shapiro that a Timothy Nyberg, Action/Nyberg Law Firm is new counsel for Mr. Fox.  Mr. Nyberg has not been admitted to practice before this court.  **See** NEGenR 1.7.  Pending a determination of the representation of Mr. Fox, the motion to withdraw is held in abeyance.  Mr. Shapiro shall provide a copy of this Order to Mr. Fox.

**IT IS SO ORDERED.**

DATED this 1st day of April, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge